Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
1, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed April 1, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00265-CV

____________

 

IN RE ANANIAS DIXON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 22, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  Relator essentially
seeks rehearing of the dismissal of her appeal in April 2003.  Mandamus is not the proper remedy for
challenging the dismissal of an appeal. 
Mandamus relief is available only to correct a clear abuse of discretion
or the violation of a duty imposed by law when there is no other adequate
remedy by law.  Walker
v. Packer, 827 S.W.2d 833, 839 (Tex. 1992).

Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed April 1, 2004.

Panel consists of
Justices Fowler, Edelman, and Seymore.